# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL L. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>A. RENDON,<br><br>        Defendant. | Case No. 1:20-cv-00075-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 9) |

On February 26, 2020, Plaintiff filed what the Court construes as a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 9). Therefore, this action has been terminated.[1] Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

    Dated: __**February 27, 2020**__          /s/ *Erica P. Grosjean*
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] "Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

1